UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60952-AHS

**JULIANA MARTINEZ,**
*individually and on behalf of all*
*those similarly situated,*

  **Plaintiff,**

v.

**TRULIEVE, INC.,**

  **Defendant.**

_____/

# NOTICE OF SETTLEMENT

  Plaintiff Juliana Martinez submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 6, 2024

                Respectfully Submitted,

                /s/ Zane C. Hedaya
                **JIBRAEL S. HINDI, ESQ.**
                Florida Bar No.: 118259
                E-mail: jibrael@jibraellaw.com
                **ZANE C. HEDAYA, ESQ.**
                Florida Bar No.: 1048640
                E-mail: zane@jibraellaw.com
                The Law Offices of Jibrael S. Hindi
                110 SE 6th Street, Suite 1744
                Fort Lauderdale, Florida 33301
                Phone: 954-907-1136

                *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 6, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640

PAGE | 2 of 2

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com