## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 0:24-cv-60952-AHS

**JULIANA MARTINEZ,**
*individually and on behalf of all*
*those similarly situated,*

      **Plaintiff,**

**v.**

**TRULIEVE, INC.,**

      **Defendant.**

_____/

### JOINT NOTICE OF SETTLEMENT

Plaintiff Juliana Martinez and Defendant Trulieve, Inc. submit this Notice of Settlement and state that the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 6, 2024

    Respectfully Submitted,

    /s/ Zane C. Hedaya
    **JIBRAEL S. HINDI, ESQ.**
    Florida Bar No.: 118259
    E-mail: jibrael@jibraellaw.com
    **ZANE C. HEDAYA, ESQ.**
    Florida Bar No.: 1048640
    E-mail: zane@jibraellaw.com
    The Law Offices of Jibrael S. Hindi
    110 SE 6th Street, Suite 1744
    Fort Lauderdale, Florida 33301
    Phone: 954-907-1136

    *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **3**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

/s/ *Andrea N. Nathan*
GRACE L. MEAD
Florida Bar No.: 49896
gmead@stearnsweaver.com
ANDREA N. NATHAN
Florida Bar No.: 16816
anathan@stearnsweaver.com
HANNAH E. MURPHY
Florida Bar No.: 1032759
hmurphy@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305-789-3559
Fax: 305-789-2696

*COUNSEL FOR DEFENDANT*

PAGE | **2** of **3**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 6, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640

PAGE | **3** of **3**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com