UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60952-CIV-SINGHAL

JULIANA MARTINEZ, individually and on
behalf of all those similarly situated,

    Plaintiff,

vs.

TRUELIEVE, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte* upon review of the docket. The parties' Stipulation of Dismissal or other appropriate papers were due to be filed by **August 27, 2024.** *See* Order (DE [17]). Nearly one month has passed since the deadline and dismissal papers have not been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties shall file a Stipulation of Dismissal or other appropriate dismissal papers by **September 27, 2024**. Failure to comply will result in the case being dismissed without prejudice without further notice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of September 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF